UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA,　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　Plaintiff,　　　　)
v.　　　　　　　　　　　　　　　　　)　　　　　No. 3:24-CR-58-TAV-JEM
　　　　　　　　　　　　　　　　　　)
APRYL HARD,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　Defendant.　　　)

## MEMORANDUM AND ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or recommendation as appropriate. This case is before the Court on Defendant Apryl Hard's Motion to Continue Trial and Deadlines [Doc. 36], which she filed on March 5, 2026.

Defendant Hard asks the Court to continue the trial of this case and all associated deadlines [*Id*. at 1]. In support of her motion, Defendant states this matter is currently set for trial on April 7, 2026 [*Id.* ¶ 1]. The Court substituted Defendant's counsel on September 11, 2025, and shortly after substitution, Defendant's previous counsel turned over discovery [*Id.* ¶¶ 2–3]. Defendant states that because discovery in the case is voluminous, and the case involves rare and complex legal questions, her counsel needs additional time to review the supplemental discovery, research the issues, and conduct his own investigation to advise Defendant [*Id.* ¶ 4].[1]

The Government does not object to the requested continuance [*Id.* ¶ 5]. Counsel for Defendant confirms she is aware of her right to a speedy trial and understands that the period of

---

[1]　Defendant's motion contains three paragraphs numbered "4."

time between the filing of her motion and a rescheduled trial date will be fully excludable for speedy trial purposes [*Id.* ¶ 4].

Based upon the information in Defendant's motion and because the Government does not oppose the continuance, the Court finds the ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). In making this determination, the Court has considered the factors set forth in 18 U.S.C. § 3161(h)(7)(B). Specifically, the Court concludes that failing to grant a continuance would both result in a miscarriage of justice and deny counsel for Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See id.* § 3161(h)(7)(B)(i), (iv). Specifically, the parties need additional time to review and discuss discovery, potentially engage in plea negotiations, and prepare for trial. The Court finds that this cannot occur before the April 7, 2026, trial date.

The Court therefore **GRANTS** Defendant's Motion to Continue Trial and Deadlines [**Doc. 36**]. The trial date is reset to **July 7, 2026**. A new, comprehensive trial schedule is included below. Because the Court has found that the ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial, all of the time between the filing of the motion on March 5, 2026, and the new trial date is fully excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A)–(B).

Accordingly, it is **ORDERED** as follows:

(1) Defendant's Motion to Continue Trial and Deadlines [**Doc. 36**] is **GRANTED**;

(2) the trial date is reset to commence on **July 7, 2026, at 9:00 a.m.**, before the Honorable Thomas A. Varlan, United States District Judge;

(3)  all time between the filing of the motion on **March 5, 2026**, and the new trial date of **July 7, 2026**, is fully excludable time under the Speedy Trial Act for the reasons set forth herein;

(4)  the deadline for filing a plea agreement in the record and providing reciprocal discovery is **June 8, 2026**;

(5)  the deadline for filing motions *in limine* is **June 22, 2026**, and responses to motions *in limine* are due on or before **June 30, 2026**;

(6)  the parties are to appear before the undersigned for a final pretrial conference on **June 23, 2026, at 11:30 a.m.**; and

(7)  requests for special jury instructions with appropriate citations to authority pursuant to Local Rule 7.4 shall be filed on or before **June 26, 2026**.

**IT IS SO ORDERED.**

ENTER:

Jill E. McCook
United States Magistrate Judge

3