UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 3:24-CR-58-TAV-JEM |
| | ) | |
| APRYL HARD, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

This case is before the Court by the Order granting Defendant Apryl Hard's Motion to Continue Trial [Doc. 44] and referring to the undersigned the selection of a new trial date and any other relevant deadlines [Doc. 45].

Following consultation with counsel at a hearing on July 6, 2026, Defendant's trial date is reset to **October 20, 2026**. A new, comprehensive trial schedule is included below. Because the Court found that the ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial [Doc. 45], all of the time between the filing of the motion on July 1, 2026, and the new trial date is fully excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A)–(B).

Accordingly, it is **ORDERED** as follows:

(1) the trial date is reset to commence on **October 20, 2026, at 9:00 a.m.**, before the Honorable Thomas A. Varlan, United States District Judge;

(2) all time between the filing of the motion on **July 1, 2026**, and the new trial date of **October 20, 2026**, is fully excludable time under the Speedy Trial Act for the reasons set forth herein;

(3) the deadline for filing a plea agreement in the record and providing reciprocal discovery is **September 25, 2026**;

(4)  the deadline for filing motions *in limine* is **October 5, 2026**, and responses to motions *in limine* are due on or before **October 13, 2026**;

(5)  the parties are to appear before the undersigned for a final pretrial conference on **October 6, 2026, at 1:30 p.m.**; and

(6)  requests for special jury instructions with appropriate citations to authority pursuant to Local Rule 7.4 shall be filed on or before **October 9, 2026**.

**IT IS SO ORDERED.**

ENTER:

Jill E. McCook
United States Magistrate Judge

2